HARRY WALLER, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 17, 1955; decided March 3, 1955.

*Alfred Weinstein* and *Seymour B. Quel* for appellant.

*Ben M. Selbst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.